# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3184

_____

GLENN MICHAEL SWEARENGIN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

January 21, 2026

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits. *See* Fla. R. App. P. 9.141(d)(6)(C).

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glenn Michael Swearengin, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.